UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §
                                                §
PAULSON, BRIAN EDWIN                            §   Case No. 14-41440
                                                §
            Debtor(s)                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/17/2014 . The undersigned trustee was appointed on 11/17/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,953.77 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 10.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,943.77 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/02/2015 and the deadline for filing governmental claims was 06/02/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 988.44 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 988.44 , for a total compensation of $ 988.44 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2015           By:/s/Elizabeth C. Berg, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 14-41440 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | PAULSON, BRIAN EDWIN | | | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | | | | 341(a) Meeting Date: | 12/08/14 |
| For Period Ending: | 09/28/15 | | | Claims Bar Date: | 06/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. Unschedule Federal Income Tax Refund (u) | 0.00 | 3,297.29 | | 3,297.29 | FA |
| 3. Checking Account *119  TCF Bank - Checking Account *119 | 75.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account *401  TCF Bank - Checking Account *401 | 25.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account *3245  TCF Bank - Savings Account *3245 | 10.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods  Misc. Household Goods and furnishings at Debtor's residence | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel  Necessary Clothing for Adult Male | 400.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles - 2009 Chrysler Town & Country  2009 Chrysler Town & Country - 120,000 miles | 5,700.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles - 2009 Chevy HHR  2009 Chevy HHR - 77,000 miles | 5,600.00 | 0.00 | | 0.00 | FA |
| 10. Residence | 345,000.00 | 0.00 | OA | 0.00 | FA |

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                                           Ver: 18.05

FORM P- BRIAN PAULSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 14-41440    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | PAULSON, BRIAN EDWIN | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | | 341(a) Meeting Date: | 12/08/14 |
| | | Claims Bar Date: | 06/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Unscheduled State Income Tax Refund (u) Illinois Department of Revenue | 0.00 | 656.48 | | 656.48 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $357,810.00 | $3,953.77 | | $3,953.77 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8.15.15: Trustee liquidated the Debtor's 2014 State and Federal Tax Refunds and received net proceeds in the approx. amount of $3900.00. Trustee reviewed claims and prepared her final report and will disburse funds once her report is approved by the UST.

Initial Projected Date of Final Report (TFR): 10/30/15    Current Projected Date of Final Report (TFR): 10/30/15

    /s/    Elizabeth C. Berg, Trustee
_____ Date: 09/28/15
    ELIZABETH C. BERG, TRUSTEE

FORM 2 **BRIAN PAULSON** Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

| | |
|---|---|
| Case No: 14-41440 -DRC | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: PAULSON, BRIAN EDWIN | Bank Name: Associated Bank |
| | Account Number / CD #: *******6443 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******3601 | |
| For Period Ending: 09/28/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/15 | 2, 11 | UNITED STATES TREASURY<br>KANSAS CITY, MO<br><br>EXEMPTION IN 2014 FEDERAL TAX REFUN<br><br>ESTATE'S PRO RATA SHARE OF UNSCHEDU<br><br>ESTATE'S PRO RATA SHARE OF UNSCHEDU | ESTATE'S PORTION OF TAX REFUND<br>Estate's pro rata share of tax refund = $3,953.77<br>Debtor's exemption = $3,202.33<br>   Memo Amount:     3,202.23<br>Debtor's Exemption<br>   Memo Amount:     656.48<br>ESTATE'S SHARE OF ST TAX REFUND<br>   Memo Amount:     3,297.29<br>ESTATE'S SHARE OF FED TAX REFUND | <br><br><br>8100-000<br><br>1224-000<br><br>1224-000 | 7,156.00 | | 7,156.00 |
| * 05/12/15 | 001001 | BRIAN E. PAULSON<br>C/O EDGAR PETTI<br>PETTI MURPHY & ASSOCIATES<br>22 SOUTH FOURTH STREET, STE 2<br>GENEVA, IL 60134 | Debtor's Exemption<br>Debtor's Exemption in 2014 Federal Tax Refund | 8100-003 | | 3,202.33 | 3,953.67 |
| * 05/12/15 | 001001 | BRIAN E. PAULSON<br>C/O EDGAR PETTI<br>PETTI MURPHY & ASSOCIATES<br>22 SOUTH FOURTH STREET, STE 2<br>GENEVA, IL 60134 | Debtor's Exemption<br>Debtor's exemption is actually $3,202.23 instead of $3,202.33. | 8100-003 | | -3,202.33 | 7,156.00 |
| 05/12/15 | 001002 | BRIAN E. PAULSON<br>C/O EDGAR P. PETTI<br>PETTI MURPHY & ASSOCIATES<br>22 SOUTH FOURTH STREET<br>GENEVA, IL 60134 | Debtor's Exemption<br>Debtor's Exemption in 2014 Federal Tax Refund | 8100-000 | | 3,202.23 | 3,953.77 |

Page Subtotals    7,156.00    3,202.23

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 18.05

FORM 2 BRIAN PAULSON
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-41440 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | PAULSON, BRIAN EDWIN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6443 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3601 | | | |
| For Period Ending: | 09/28/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,943.77 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 7,156.00 | COLUMN TOTALS | | 7,156.00 | 3,212.23 | 3,943.77 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,156.00 | 3,212.23 | |
| | Memo Allocation Net: | 7,156.00 | Less: Payments to Debtors | | | 3,202.23 | |
| | | | Net | | 7,156.00 | 10.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Receipts: | 7,156.00 | TOTAL - ALL ACCOUNTS | | | | |
| | Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********6443) | | 7,156.00 | 10.00 | 3,943.77 |
| | Total Memo Allocation Net: | 7,156.00 | | | ---------------- | ---------------- | ---------------- |
| | | | | | 7,156.00 | 10.00 | 3,943.77 |
| | | | | | ========== | ========== | ========== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  10.00

| Page 1 | | EXH. C - PAULSON<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 28, 2015 |

| Case Number: | 14-41440 | | Claim Class Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | PAULSON, BRIAN EDWIN | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $988.44 | $0.00 | $988.44 |
| 000001<br>070<br>7100-00 | Corporate America Family Credit Union<br>c/o Trunkett & Trunkett, P.C.<br>20 N. Wacker Drive, Suite 1434<br>Chicago, IL 60606 | Unsecured | | $71,262.51 | $0.00 | $71,262.51 |
| 000002<br>070<br>7100-00 | Cavalry SPVI LLC assignee Capital One<br>Bass Associates PC<br>3936 E Fort Lowell Road Suite 200<br>Tucson, AZ 85712 | Unsecured | | $9,705.15 | $0.00 | $9,705.15 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $6,710.45 | $0.00 | $6,710.45 |
| | Case Totals: | | | $88,666.55 | $0.00 | $88,666.55 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-41440
Case Name: PAULSON, BRIAN EDWIN
Trustee Name: Elizabeth C. Berg, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 3,943.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 988.44 | $ 0.00 | $ 988.44 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 988.44 |
| Remaining Balance | $ 2,955.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,678.11  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Corporate America Family Credit Union | $  71,262.51 | $  0.00 | $  2,402.02 |
| 000002 | Cavalry SPVI LLC assignee Capital One | $  9,705.15 | $  0.00 | $  327.13 |
| 000003 | PYOD, LLC its successors and assigns as | $  6,710.45 | $  0.00 | $  226.18 |
| | Total to be paid to timely general unsecured creditors | | | $  2,955.33 |
| | Remaining Balance | | | $  0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE