UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 14-41440 |
| Brian E. Paulson, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: November 13, 2015 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   November 17, 2014

Period for Which
Compensation is sought:       February 26, 2015 to Close of Case

Amount of Fees sought:        $988.44

Amount of Expense
Reimbursement sought:         $ 0.00

This is an:    Interim Application __         Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated: September 29, 2015              Elizabeth C. Berg, Trustee of the Estate of
                                       Brian E. Paulson, Debtor


                                       By:  /s/ Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | Case No. 14-41440 |
| Brian E. Paulson, ) | | Hon. Donald R. Cassling |
| ) | | (Kane County) |
| Debtor. ) | | Hearing Date:  November 13, 2015 |
| ) | | Hearing Time:  10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Brian E. Paulson, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $988.44 as final compensation for her services rendered as trustee in this case from February 26, 2015 through the close of this case.   In support thereof, Trustee states as follows:

**Introduction**

1. The Debtor commenced this case on November 17, 2014 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the estate held an interest in the Debtor's 2014 State and Federal Tax Refund ("Tax Refund").

4. The bar date for filing claims in this case was June 2, 2015.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

## Services Rendered by Trustee

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities, the Statement of Financial Affairs, and conducted an examination of the Debtor pursuant to Section 341 of the Code;

B. Trustee analyzed the estate's interest in the Debtor's 2014 State and Federal Tax Refund. Trustee drafted and sent demand upon the IRS to obtain turnover the Debtor's Tax Refund to the Trustee;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.     Trustee has collected the sum of $3,953.77 on behalf of the Estate. Trustee has made $10.00 in disbursements in this case as of the date hereof.

9.     Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.    During the period covered by this Application, Trustee spent 9.30 hours rendering services on behalf of this Estate with a value of $2,181.50. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11     The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $988.44 as follows:

| | |
|---|---|
| 25% of the first $3,953.77 | $ 988.44 |
| Total allowable compensation | $ 988.44 |

12.    Based upon the caliber of the services rendered by Trustee, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $988.44. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.    After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a 3% distribution to timely filed general unsecured claims. Trustee does not anticipate that there will be a surplus of funds returned to the Debtor.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Brian E. Paulson, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $988.44 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from February 26, 2015 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated: September 29, 2015         Elizabeth C. Berg, as trustee of the estate of
                                  Brian E. Paulson, debtor

                                  By: _____/s/ Elizabeth C. Berg, as Trustee_____
                                           Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Final Fee Application**　　　　　　　　　　　**Brian E. Paulson, debtor**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 14-41440**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

***Invoice submitted to:***

August 21, 2015
Invoice No:  02628

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**  *Paulson, Brian - Trustee*

***Professional Services***

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/12/2015 | JMM | Review case notes, Draft Trustees's Motion to Employ Attorneys (.8), Draft proposed Order and Affidavit (.2), Edit Motion (.2) | 0.00<br>$185.00/ hr | No Charge |
| | | | 1.20 | No Charge |
| 2/26/2015 | ECB | TC w/ Debtor's Counsel re: status of turnover of income tax return | 0.10<br>$325.00/ hr | $32.50 |
| 2/27/2015 | ECB | Review 2014 US Income Tax Return rec'd from Debtor and determine refund to be administered (.2) Prepare Intercept and Turnover Request to IRS (.3) | 0.50<br>$325.00/ hr | $162.50 |
| 2/27/2015 | ECB | Review notes on Debtor's 341 testimony re 2014 refunds (.1) Review and respond to email from Debtor's counsel re intent to administer refund and continued 341 meeting (.2) File Initial Report of Assets (.1) | 0.40<br>$325.00/ hr | $130.00 |
| 3/02/2015 | ECB | email exchange with Debtor's counsel's office re IL refund and child tax credit | 0.20<br>$325.00/ hr | $65.00 |
| 3/03/2015 | ECB | Review federal and state returns re claimed creditors (.1)TC with E. Hatzis at Debtor's counsel's office re amendment of schedules and exemptible portion of federal income tax refund (.3) Email to follow up with | 0.60<br>$325.00/ hr | $195.00 |

**Baldi Berg, Ltd**                                                        8/21/2015

Paulson, Brian - Trustee                                             Page    2

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | directions for payment to Trustee (.2) | | |
| 4/24/2015 | ECB | Review file (.1) and TC and corres with debtor's counsel regarding status of IRS and IDOR refunds (.1) Conf call with RKP and IRS re same (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 4/24/2015 | RKP | Phone conversation with Mr. Fryckberg at IRS re: status of tax refund (.2); conference with L. Berg re: same (.1); email to Debtor's attorney re: status (.1); update case file with information regarding status of tax refund, claims bar date and related case dates (.1); | 0.50<br>$195.00/ hr | $97.50 |
| 5/08/2015 | ECB | Review file and confirm calculations regarding allocation of IRS refund check (.2) Memo to JMM re prep of check and proper accounting on database for allocation (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 5/11/2015 | JMM | Review email from TR re: deposit and allocation of funds (.1), Request EIN from IRS (.1), Open new bank account in TCMS and deposit check into account (.1), Allocate funds in TCMS to show breakdown of deposit (.2), Prepare FedEx Label and send deposit to bank via FedEx Overnight shipping (.2) | 0.70<br>$175.00/ hr | $122.50 |
| 5/12/2015 | JMM | Cut check re: Debtor's exemption in 2014 Federal Tax Refund (.1), Draft letter to Debtor's Counsel re: same (.4) | 0.50<br>$175.00/ hr | $87.50 |
| 6/08/2015 | ECB | Open and approve May 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 6/09/2015 | JMM | Process May 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/22/2015 | JMM | Setup Trustee database and verify properties and claim (4), Import claims, review and approve (.3), Review Bills in preparation of TFR (.2) | 0.90<br>$175.00/ hr | $157.50 |

**Baldi Berg, Ltd**  8/21/2015

Paulson, Brian - Trustee  Page 3

| Date | TK | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 7/13/2015 | ECB | Confer with JMM re case closing and prep of TFR | 0.10 $325.00/hr | $32.50 |
| 7/13/2015 | ECB | Open and approve June 2015 Bank Statements | 0.10 $325.00/hr | $32.50 |
| 7/13/2015 | JMM | Process June 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/hr | $37.00 |
| 8/17/2015 | ECB | Open and review July 2015 bank statements | 0.10 $325.00/hr | $32.50 |
| 8/18/2015 | JMM | Draft Trustee Fee Application (1.1), Prepare coversheet, proposed order and affidavit (.2), Prepare TFR (.9) and NFR (.3) | 2.50 $175.00/hr | $437.50 |
| 8/18/2015 | JMM | Process July 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/hr | $37.00 |
| 8/21/2015 | ECB | Review docket (.1), claims (.1) and TFR package (.3); Make revisions to same ; Review final draft of TFR and Approve submission of same (.2) | 0.70 $325.00/hr | $227.50 |

|  |  |
|---|---|
| Total Fees | $2,181.50 |
| Total New Charges | $2,181.50 |
| Previous Balance | $0.00 |
| Balance Due | $2,181.50 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 3.60 | $325.00 |
| Jason M Manola | 0.00 | $0.00 |
| Jason M Manola | 4.80 | $175.00 |
| Jason M Manola | 0.40 | $185.00 |
| Ricki K Podorovsky | 0.50 | $195.00 |
|  | 9.30 |  |

**Trustee's Final Fee Application**                    **Brian E. Paulson, debtor**
                                                              **Case No. 14-41440**

# Rule 2016 Affidavit

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Brian E. Paulson, | ) | Case No. 14-41440 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |

**Successor Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting successor trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as successor trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on September 30, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**