# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
PAULSON, BRIAN EDWIN § Case No. 14-41440
 §
   Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> United States Bankruptcy Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
> 10:30 a.m.
> on November 13, 2015
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
PAULSON, BRIAN EDWIN                §   Case No. 14-41440
                                    §
         Debtor                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,953.77 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 3,943.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 988.44 | $ 0.00 | $ 988.44 |
| Total to be paid for chapter 7 administrative expenses | | | $ 988.44 |
| Remaining Balance | | | $ 2,955.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,678.11  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Corporate America Family Credit Union | $ 71,262.51 | $ 0.00 | $ 2,402.02 |
| 000002 | Cavalry SPVI LLC assignee Capital One | $ 9,705.15 | $ 0.00 | $ 327.13 |
| 000003 | PYOD, LLC its successors and assigns as | $ 6,710.45 | $ 0.00 | $ 226.18 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,955.33 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Brian Edwin Paulson  
    Debtor

Case No. 14-41440-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: pseamann      Page 1 of 1      Date Rcvd: Oct 16, 2015  
                      Form ID: pdf006     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2015.
```
db               +Brian Edwin Paulson,    6N200 Palomino Dr.,    St. Charles, IL 60175-8478
22639658         +Andrea Adam DDS,    40W320 LaFox Rd Ste D,    St. Charles, IL 60175-6545
22639659        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,     PO Box 982235,     El Paso, TX 79998)
22639660         +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
23177579         +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                   3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
22639661         +Central DuPage Hospital,    PO Box 4090,    Carol Stream, IL 60197-4090
22639662         +Chase,    PO Box 24696,    Columbus, OH 43224-0696
22639663         +Citi,    Box 6500,    Sioux Falls, SD 57117-6500
23012076         +Corporate America Family Credit Union,    c/o Trunkett & Trunkett, P.C.,
                   20 N. Wacker Drive, Suite 1434,    Chicago, IL 60606-2906
22639666         +Dana Paulson,    6N200 Palomino Dr,    St. Charles, IL 60175-8478
22639667         +Kevin Haddle, MD,    426 S. 3rd St.,    Geneva, IL 60134-2708
22639668         +Rf Houtz & Son,    701 E. North St.,    Elburn, IL 60119-9052
22639669         +Td Auto Finance,    PO Box 9223,    Farmington HIlls, MI 48333-9223
22639670         +Teamster Credit Card,    PO Box 80027,    Salinas, CA 93912-0027
22639671         +Trunkett & Trunkett PC,    20 N Wacker Dr Ste 1434,    Chicago, IL 60606-2906
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22639664         +E-mail/Text: bankruptcydept@wyn.com Oct 17 2015 01:13:59     Club Wyndham,    PO Box 340090,
                   Boston, MA 02241-0490
22639665         +E-mail/Text: collections@cafcu.org Oct 17 2015 01:13:55     Corporate America Credit Union,
                   2075 Big Timber Rd,    Elgin, IL 60123-1140
23267961         +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2015 00:59:46
                   PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22639672         +E-mail/Text: bankruptcydept@wyn.com Oct 17 2015 01:13:59
                   Wyndham Vacation Resorts - Financial Ser,    P.O. Box 98940,    Las Vegas, NV 89193-8940
                                                                                               TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                                                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2015 at the address(es) listed below:
```
              Edgar P. Petti    on behalf of Debtor Brian Edwin Paulson epetti@pettimurphylaw.com,
               eoconnell@pettimurphylaw.com
              Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   JPMorgan Chase Bank, National Association
               ND-Four@il.cslegal.com
                                                                                             TOTAL: 5
```