# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
§
PAULSON, BRIAN EDWIN § Case No. 14-41440
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 351,010.00 *(Without deducting any secured claims)* | Assets Exempt: 10,002.23 |
| Total Distributions to Claimants: 2,955.33 | Claims Discharged Without Payment: 116,753.74 |
| Total Expenses of Administration: 998.44 | |

3) Total gross receipts of $ 7,156.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,202.23 (see **Exhibit 2**), yielded net receipts of $ 3,953.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 445,122.66 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 998.44 | 998.44 | 998.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,531.96 | 87,678.11 | 87,678.11 | 2,955.33 |
| **TOTAL DISBURSEMENTS** | $ 483,654.62 | $ 88,676.55 | $ 88,676.55 | $ 3,953.77 |

4) This case was originally filed under chapter 7 on 11/17/2014 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/21/2016          By:/s/Elizabeth C Berg, Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unschedule Federal Income Tax Refund | 1124-000 | 6,499.52 |
| Unscheduled State Income Tax Refund | 1124-000 | 656.48 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,156.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRIAN E. PAULSON | Exemptions | 8100-000 | 3,202.23 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,202.23** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 24696 Columbus, OH 43224 | | 374,492.00 | NA | NA | 0.00 |
| | Corporate America Credit Union 2075 Big Timber Rd Elgin, IL 60123 | | 68,041.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Td Auto Finance PO Box 9223 Farmington HIlls, MI 48333 | | 2,589.34 | NA | NA | 0.00 |
| | Trnukett & Trunkett PC 20 N Wacker Dr Ste 1449 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 445,122.66** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 988.44 | 988.44 | 988.44 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 998.44** | **$ 998.44** | **$ 998.44** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrea Adam DDS 40W320 LaFox Rd Ste D St. Charles, IL 60175 | | 39.16 | NA | NA | 0.00 |
| | Bank Of America PO Box 982235 El Paso, TX 79998 | | 16,799.00 | NA | NA | 0.00 |
| | Best Buy PO Box 6497 Sioux Falls, SD 57117 | | 1,293.00 | NA | NA | 0.00 |
| | Central DuPage Hospital PO Box 4090 Carol Stream, IL 60197 | | 80.00 | NA | NA | 0.00 |
| | Club Wyndham PO Box 340090 Boston, MA 02241 | | 1,675.20 | NA | NA | 0.00 |
| | Kevin Haddle, MD 426 S. 3rd St. Geneva, IL 60134 | | 2,091.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rf Houtz & Son 701 E. North St. Elburn, IL 60119 | | 525.00 | NA | NA | 0.00 |
| | Teamster Credit Card PO Box 80027 Salinas, CA 93912 | | 9,528.00 | NA | NA | 0.00 |
| 000002 | CAVALRY SPVI LLC ASSIGNEE CAPITAL O | 7100-000 | NA | 9,705.15 | 9,705.15 | 327.13 |
| 000001 | CORPORATE AMERICA FAMILY CREDIT UNI | 7100-000 | NA | 71,262.51 | 71,262.51 | 2,402.02 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 6,501.00 | 6,710.45 | 6,710.45 | 226.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 38,531.96 | $ 87,678.11 | $ 87,678.11 | $ 2,955.33 |

**FORM P - BRIAN E. PAULSON**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-41440 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | PAULSON, BRIAN EDWIN | | | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | | | | 341(a) Meeting Date: | 12/08/14 |
| For Period Ending: 03/21/16 | | | | Claims Bar Date: | 06/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. Unschedule Federal Income Tax Refund (u) | 0.00 | 3,297.29 | | 6,499.52 | FA |
| 3. Checking Account *119  TCF Bank - Checking Account *119 | 75.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account *401  TCF Bank - Checking Account *401 | 25.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account *3245  TCF Bank - Savings Account *3245 | 10.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods  Misc. Household Goods and furnishings at Debtor's residence | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel  Necessary Clothing for Adult Male | 400.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles - 2009 Chrysler Town & Country  2009 Chrysler Town & Country - 120,000 miles | 5,700.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles - 2009 Chevy HHR  2009 Chevy HHR - 77,000 miles | 5,600.00 | 0.00 | | 0.00 | FA |
| 10. Residence | 345,000.00 | 0.00 | OA | 0.00 | FA |

LFORM1

Ver: 19.05f

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM P - BRIAN E. PAULSON**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-41440 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | PAULSON, BRIAN EDWIN | | | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | | | | 341(a) Meeting Date: | 12/08/14 |
| | | | | Claims Bar Date: | 06/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Unscheduled State Income Tax Refund (u) Illinois Department of Revenue | 0.00 | 656.48 | | 656.48 | FA |
| TOTALS (Excluding Unknown Values) | $357,810.00 | $3,953.77 | | $7,156.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 10, 2016: Trustee disbursed funds on hand and has prepared her final distribution report.

September 30, 2015: Trustee liquidated the Debtor's 2014 State and Federal Tax Refunds and received net proceeds in the approx. amount of $3900.00. Trustee reviewed claims and prepared her final report and will disburse funds once her report is approved by the UST.

Initial Projected Date of Final Report (TFR): 10/30/15     Current Projected Date of Final Report (TFR): 10/30/15

/s/     Elizabeth C Berg, Trustee
_____     Date: 03/21/16
        ELIZABETH C BERG, TRUSTEE

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.05f

FORM 2 - BRIAN PAULSON

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-41440 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | PAULSON, BRIAN EDWIN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6443 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3601 | | | |
| For Period Ending: | 03/21/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/15 | 2, 11 | UNITED STATES TREASURY<br>KANSAS CITY, MO | ESTATE'S PORTION OF TAX REFUND<br>Estate's pro rata share of tax refund = $3,953.77<br>Debtor's exemption = $3,202.23 | 1124-000 | 7,156.00 | | 7,156.00 |
| * 05/12/15 | 001001 | BRIAN E. PAULSON<br>C/O EDGAR PETTI<br>PETTI MURPHY & ASSOCIATES<br>22 SOUTH FOURTH STREET, STE 2<br>GENEVA, IL 60134 | Debtor's Exemption<br>Debtor's Exemption in 2014 Federal Tax Refund | 8100-003 | | 3,202.33 | 3,953.67 |
| * 05/12/15 | 001001 | BRIAN E. PAULSON<br>C/O EDGAR PETTI<br>PETTI MURPHY & ASSOCIATES<br>22 SOUTH FOURTH STREET, STE 2<br>GENEVA, IL 60134 | Debtor's Exemption<br>Debtor's exemption is actually $3,202.23 instead of $3,202.33. | 8100-003 | | -3,202.33 | 7,156.00 |
| 05/12/15 | 001002 | BRIAN E. PAULSON<br>C/O EDGAR P. PETTI<br>PETTI MURPHY & ASSOCIATES<br>22 SOUTH FOURTH STREET<br>GENEVA, IL 60134 | Debtor's Exemption<br>Debtor's Exemption in 2014 Federal Tax Refund | 8100-000 | | 3,202.23 | 3,953.77 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,943.77 |
| 11/18/15 | 001003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200 | Chapter 7 Compensation/Fees | 2100-000 | | 988.44 | 2,955.33 |

Page Subtotals  7,156.00  4,200.67

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2 - BRIAN E PAULSON

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-41440 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | PAULSON, BRIAN EDWIN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6443 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3601 | | |
| For Period Ending: | 03/21/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago IL 60602 | | | | | |
| 11/18/15 | 001004 | Corporate America Family Credit Union<br>c/o Trunkett & Trunkett, P.C.<br>20 N. Wacker Drive, Suite 1434<br>Chicago, IL 60606 | Claim 000001, Payment 3.37% | 7100-000 | | 2,402.02 | 553.31 |
| 11/18/15 | 001005 | Cavalry SPVI LLC assignee Capital One<br>Bass Associates PC<br>3936 E Fort Lowell Road Suite 200<br>Tucson, AZ 85712 | Claim 000002, Payment 3.37% | 7100-000 | | 327.13 | 226.18 |
| 11/18/15 | 001006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 3.37% | 7100-000 | | 226.18 | 0.00 |

```
                                    COLUMN TOTALS                    7,156.00      7,156.00         0.00
                              Less:  Bank Transfers/CD's                 0.00          0.00
                                    Subtotal                         7,156.00      7,156.00
                              Less:  Payments to Debtors                            3,202.23
                                    Net                              7,156.00      3,953.77

                                                                                     NET         ACCOUNT
                              TOTAL - ALL ACCOUNTS                 NET DEPOSITS  DISBURSEMENTS   BALANCE
              Checking Account (Non-Interest Earn - *******6443      7,156.00      3,953.77         0.00
                                                                 -------------  -------------  -------------
                                                                     7,156.00      3,953.77         0.00
                                                                 =============  =============  =============

                                    Page Subtotals                      0.00       2,955.33
```

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2 - BRIAN PAULSON

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 14-41440 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | PAULSON, BRIAN EDWIN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6443 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3601 | | | |
| For Period Ending: | 03/21/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*